# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M Sales, Inc., *et al.*,[1]<br>　　　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>Mulitex Ltd.<br>　　　　　　　　　　　　　Defendant. | Adv. Proc. No. 20-50805 |

## NOTICE OF SERVICE

Please take notice that on January 15, 2021, a copy of *First Set of Interrogatories, Requests for Production, and Requests for Admission Propounded by Plaintiff*, were caused to be served on Mulitex Ltd. ("Defendant") via electronic mail and U.S. First Class Mail upon:

> Steven Balasiano, Esq.
> Balasiano & Associates, PLLC
> 6701 Bay Parkway, 3rd Floor
> Brooklyn, NY 11204
> steven@balasianolaw.com
> judah@balasianolaw.com

[*Signature block on following page.*]

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

14164265

| | |
|---|---|
| Date: January 22, 2021<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br><br>_/s/ John C. Gentile_<br>Jennifer R. Hoover, Esq. (#5111)<br>Kevin M. Capuzzi, Esq. (#5462)<br>John C. Gentile, Esq. (#6159)<br>1313 N. Market St., Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7006<br>Email:   jhoover@beneschlaw.com<br>           kcapuzzi@beneschlaw.com<br>           jgentile@beneschlaw.com<br><br>*Counsel for George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., et al.* |

# CERTIFICATE OF SERVICE

I, John C. Gentile, hereby certify that, on January 22, 2021, a true and correct copy of the foregoing *Notice of Service* was served via CM/ECF on all parties registered to receive service in this proceeding.

 */s/ John C. Gentile*
John C. Gentile, Esq. (#6159)

*Counsel for George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., et al.*

14164480