# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M Sales, Inc., *et al.*,[1]<br>　　　　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*,<br>　　　　　　　　　　　　　　Plaintiff,<br>　v.<br>Mulitex Ltd.<br>　　　　　　　　　　　　　　Defendant. | Adv. Proc. No. 20-50805 (JTD) |

## NOTICE OF SERVICE

Please take notice that on December 28, 2021, a copy of *Second Set of Interrogatories, Requests for Production, and Requests for Admission Propounded by Plaintiff*, were caused to be served on counsel for defendant Mulitex Ltd. via electronic mail and U.S. First Class Mail upon:

Steven Balasiano, Esq.
Judah Balasiano, Esq.
Balasiano & Associates, PLLC
6701 Bay Parkway, 3rd Floor
Brooklyn, NY 11204
steven@balasianolaw.com
judah@balasianolaw.com

Michael J. Joyce, Esq.
The Law Offices of Joyce, LLC
7209 Lancaster Pike Suite 4-318
Hockessin, DE 19707
mjoyce@mjlawoffices.com

[*Signature block on following page.*]

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

| | |
|---|---|
| Date: December 28, 2021<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br><br>  /s/ John C. Gentile  <br>Jennifer R. Hoover, Esq. (#5111)<br>Kevin M. Capuzzi, Esq. (#5462)<br>John C. Gentile, Esq. (#6159)<br>1313 N. Market St., Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7006<br>Email:   jhoover@beneschlaw.com<br>            kcapuzzi@beneschlaw.com<br>            jgentile@beneschlaw.com<br><br>*Counsel for George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., et al.* |